### MILLS *v.* BUTTRICK et al.

A defendant in a suit in chancery failing to file a cross-bill is not entitled to affirmative relief.

*Error to Probate Court of Clear Creek County.*

Mr. L. C. ROCKWELL, for plaintiff in error.

Mr. M. S. TAYLOR, for defendants in error.

*Per Curiam.* The plaintiff in error was defendant below. Having failed to file a cross-bill, he was not entitled to affirmative relief. He cannot complain, that relief to which he failed to assert a right was not granted him. His attitude in this respect is similar to the attitude of the plaintiff in error in the cases of *Monti & Caze* v. *Bishop*, and *Sisty* v. *Bebee*, decided at this term.

For the reasons expressed in the opinions in those cases, the writ must be dismissed.

*Writ dismissed.*